IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| DAVID B. MCGARRY, | ) | |
| | ) | |
| Plaintiff, | ) | 2:16-CV-00606-CRE |
| | ) | |
| vs. | ) | |
| | ) | |
| GMRI, INC., A FLORIDA CORPORATION; DARDEN RESTRAINTS, INC., A FLORIDA CORPORATION; AND BAHAMA BREEZE HOLDINGS, INC., A FLORIDA CORPORATION; | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants, | ) | |

# **O R D E R**

AND NOW, this 12th day of January, 2017, Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim [ECF No. 28] is DENIED. Defendants' Answer is due February 2, 2017.

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc: all registered counsel via CM-ECF